UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  SUSAN L PHILLIPS

CASE NO. 07 B 13261

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-9690

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/25/07 .

2. The case was dismissed without confirmation, 10/26/2007.

3. The Debtor paid a total of $    206.37 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | SECURED | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHOREWOOD MUNICIPAL UTIL | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY MEDICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER          , was allowed $    844.00 and was paid $    591.00  direct and $    194.40  through the plan.

The Trustee received $     11.97 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/20/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE